TENDERED 03/24/26

NOT ORIGINAL DOCUMENT 06/17/2026 01:26:07 PM GCRUTCHER

AOC-805.2 Doc. Code: OFID
Rev. 12-25
Page 1 of 1

Commonwealth of Kentucky
Court of Justice www.kycourts.gov

KRS 395.015; 395.016; 395.610

**ORDER APPOINTING ADMINISTRATOR (NO WILL)**

Case No. 26-P-00082
Court District
County Shelby
Division ____________

**IN RE: Estate of** Jeffery T Hinkle

Date of Death: 11/5/25 Date of Birth (year): xx-xx-1970 SSN (last four): xxx-xx-1495

The Petition for appointment of an Administrator (*check one*) ☑ came on for hearing before this Court on 3/30/26, following notice in the manner required by KRS 395.016 OR ☐ did not require a hearing. (*Check if applicable*) ☐ Inquiry was made as to the qualifications of the Administrator sought to be appointed. Based on the foregoing and the Court being otherwise sufficiently advised;

**IT IS THEREFORE ORDERED:**

1. The Court appoints Stacey Hinkle as Administrator of Decedent's estate. (*Check if Administrator is a nonresident*) ☐ The Court designates Stacey Hinkle, whose address is 51 Gray Hawk Drive Shelbyville, as agent for the service of process in any action filed against him/her as administrator or personally if the action accrued in the administration of the estate.

2. The Court approves bond in the sum of $5,000 (*check one*) ☐ without surety OR ☐ with surety(ies) as named in the Petition OR ☐ with surety(ies) as noted below:

Name/Address of Surety: ____________

Name/Address of Surety: ____________

ENTERED
WENDY B. GRANEY, CLERK
MAR 30 2026
SHELBY CIRCUIT/DISTRICT COURT
BY: [signature] D.C.

3. No later than two months from appointment, the Administrator shall file an inventory of Decedent's estate with the circuit court clerk's office.

4. Unless final settlement has been made, no later than two years from appointment and yearly thereafter, the Administrator shall file with the clerk a periodic account of the execution of Decedent's estate, including in the account an itemized statement of receipts and disbursements supported by vouchers accompanying the account and a statement of all investments on hand and changes in investments since the filing of the last account.

3/23/26
Date

[signature]
Judge's Signature

Distribution: Court File
Revenue Cabinet (Petition and Order)